UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. 11-20059-svk |
|---|---|
| **Archdiocese of Milwaukee**, | Chapter 11 |
| Debtor. | Honorable Susan V. Kelley |

## NOTICE OF APPEAL

OneBeacon Insurance Company ("***OneBeacon***"), a party in interest, appeals under 28 U.S.C. § 158(a) from the order denying OneBeacon's motion to terminate the automatic stay with respect to a state-court appeal, entered in this bankruptcy case on June 5, 2014, as docket no. 2685.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| OneBeacon Insurance Company | William J. Factor<br>Jeffrey K. Paulsen<br>**FACTORLAW**<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602<br>Tel:   (847) 239-7248 |
| | Mark S. Nelson<br>Philip J. Tallmadge<br>**NELSON, CONNELL, CONRAD, TALLMAGE & SLEIN, S.C.**<br>N14 W23755 Stone Ridge Drive, Suite 150<br>P.O. Box 1109<br>Waukesha, WI 53187<br>Tel:   (262) 347-0303 |

{00012653}
William J. Factor
Jeffrey K. Paulsen
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (847) 239-7248
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
       jpaulsen@wfactorlaw.com

| | |
|---|---|
| Archdiocese of Milwaukee | Daryl L. Diesing |
| | Bruce G. Arnold |
| | Francis H. LoCoco |
| | Patrick M. Harvey |
| | Lindsay M. Greenawald |
| | Whyte Hischboeck Dudek, S.C. |
| | 555 East Wells St., Suite 1900 |
| | Milwaukee, WI 53202 |
| | Tel:   (414) 978-5523 |

Dated: June 18, 2014          **OneBeacon Insurance Company**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor
Jeffrey K. Paulsen
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (847) 239-7248
Fax:   (847) 574-8233
Email:  wfactor@wfactorlaw.com
         jpaulsen@wfactorlaw.com